# Commonwealth ex rel. Dudley, Appellant, *v.* Healey.

Submitted March 6, 1961. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Frank E. Dudley,* appellant, in propria persona.

*Solomon Lubin,* Assistant District Attorney, and *Vincent M. Quinn,* First Assistant District Attorney, for appellee.

OPINION PER CURIAM, March 13, 1961:

The Order of the Court of Common Pleas of Luzerne County is affirmed on the opinion of Judge FRANK L. PINOLA for the court below, reported at 23 Pa. D. & C. 2d 799.